IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHERYL CRUMMETT           )
                          )
        Plaintiff,        )
                          )
        vs.               )   Case No. 1:06CV01450
                          )
METROPOLITAN LIFE         )
INSURANCE COMPANY, et al. )
                          )
        Defendants.       )

TO:   Jason H. Ehrenberg

    I acknowledge receipt of your request that I waive service of a summons in the action of Crummett v. Metropolitan Life Insurance Co., et al., which is case number 1:06CV01450 in the United States District Court for the District of Columbia. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after August 22, 2006.

THE BUREAU OF NATIONAL AFFAIRS, INC.
LONG TERM DISABILITY GROUP POLICY

Date: 9/6/06

Signature: [signed]
Printed/Typed Name: Eunice Bumgardner
Title: VP & General Counsel, BNA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL CRUMMETT ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:06CV01450 |
| ) | |
| METROPOLITAN LIFE ) | |
| INSURANCE COMPANY, et al. ) | |
| ) | |
| Defendants. ) | |

TO:    Jason H. Ehrenberg

I acknowledge receipt of your request that I waive service of a summons in the action of Crummett v. Metropolitan Life Insurance Co., et al., which is case number 1:06CV01450 in the United States District Court for the District of Columbia. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after August 22, 2006.

THE BUREAU OF NATIONAL AFFAIRS, INC.

Date: 9/6/06

Signature

Printed/Typed Name: Ernule Bumpuche

Title: VP + General Counsel