**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHERYL CRUMMETT, )<br>)<br>Plaintiff, )<br>)<br>v.   )<br>)<br>METROPOLITAN LIFE INSURANCE )<br>  COMPANY, et al. )<br>)<br>Defendants. )<br>_____) | Case Number 1:06-CV-01450-HHK |

**NOTICE OF APPEARANCE**

Defendants Metropolitan Life Insurance Company, Bureau of National Affairs, Inc. and Bureau of National Affairs, Inc. Long Term Disability Group Policy, hereby give notice to the Court and Plaintiff that Ronda B. Esaw, a member of the bar of this Court and attorney with the firm of McGuireWoods LLP, will appear as counsel of record for the Defendants in this matter. The undersigned counsel respectfully request that copies of all future notices, orders and pleadings issued or filed in this action also be forwarded to the following addresses:

| | |
|---|---|
| Ronda B. Esaw<br>(DC Bar No. 494516)<br>McGuireWoods LLP<br>1750 Tysons Boulevard<br>Suite 1800<br>McLean, Virginia 22102<br>Telephone Number:  703-712-5392<br>Facsimile:  703-712-5251<br>Email Address:<br>resaw@mcguirewoods.com | Halima Horton<br>McGuireWoods LLP<br>The Proscenium<br>1170 Peachtree Street N.E.<br>Suite 2100<br>Atlanta, GA  30309-7649<br>Telephone Number: 404-443-5715<br>Facsimile:  404-443-5765<br>Email Address:  hhorton@mcguirewoods.com |

                                          Respectfully submitted,
                                          Metropolitan Life Insurance Company
                                          Bureau of National Affairs, Inc. and
                                          Bureau of National Affairs, Inc. Long Term
                                          Disability Group Policy
                                          By Counsel

/s/ Ronda B. Esaw
Ronda B. Esaw
D.C. Bar No. 494516
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, Virginia 22102
Telephone Number:  703-712-5392
Facsimile:  703-712-5251
Email Address:  resaw@mcguirewoods.com

Halima Horton
McGuireWoods LLP
The Proscenium
1170 Peachtree Street N.E.
Suite 2100
Atlanta, GA  30309-7649
Telephone Number: 404-443-5715
Facsimile:  404-443-5765
Email Address:  hhorton@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2006, a copy of the Notice of Appearance, which was electronically filed in this case on November 28, 2006, was also mailed via first class mail, postage prepaid, to the following:

>Jason H. Ehrenberg
>Bailey & Ehrenberg PLLC
>1155 Connecticut Avenue, N.W.
>Suite 1100
>Washington, D.C.  20036
>*Counsel for Plaintiff*

/s/ Ronda B. Esaw

\4286148.1

2