IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHERYL CRUMMETT,

    Plaintiff,

    v.                                        Civil Action No. 1:06cv1450

METROPOLITAN LIFE
INSURANCE COMPANY, *et al.,*

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL

**COME NOW** the law firm of TROUTMAN SANDERS LLP, by Mary C. Zinsner, and moves this Court for permission to withdraw as counsel of record for the Defendants, Metropolitan Life Insurance Company, The Bureau of National Affairs, Inc., and The Bureau of National Affairs, Inc. Long Term Disability Group Policy. The law firm of McGuire Woods LLP has made an appearance on behalf of Defendants Metropolitan Life Insurance Company, The Bureau of National Affairs, Inc., and The Bureau of National Affairs, Inc. Long Term Disability Group Policy. No party in interest will be prejudiced by this Motion.

**WHEREFORE,** the law firm of TROUTMAN SANDERS LLP. and Mary C. Zinsner, request this motion be granted and they be permitted to withdraw as counsel for defendants Metropolitan Life Insurance Company, The Bureau of National Affairs, Inc., and The Bureau of National Affairs, Inc. Long Term Disability Group Policy.

                                                  Respectfully submitted,

                                                  By:   /s/ Mary C. Zinsner

Mary C. Zinsner, Esquire
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
Telephone: (703) 734-4363
Facsimile: (703) 448-6514
E-mail: mary.zinsner@troutmansanders.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 1st day of December 2006, a copy of the foregoing Motion to Withdraw was filed electronically with the Clerk of the Court, using the CM/ECF system, which is to send notification of such filing to all parties and counsel in this case.

        /s/ Mary C. Zinsner
Mary C. Zinsner, Esquire
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
Telephone: (703) 734-4363
Facsimile: (703) 448-6514
E-mail: mary.zinsner@troutmansanders.com

#310222v1