IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CHERYL CRUMMETT,**

    **Plaintiff,**

    v.    Civil Action No. 1:06cv1450

**METROPOLITAN LIFE
INSURANCE COMPANY,** *et al.,*

    **Defendants.**

## ORDER

This matter came before the court upon the motion of TROUTMAN SANDERS LLP by Mary C. Zinsner, counsel to Defendants Metropolitan Life Insurance Company, The Bureau of National Affairs, Inc., and The Bureau of National Affairs, Inc. Long Term Disability Group Policy for leave to withdraw as his counsel.

It is hereby ORDERED that the law firm of TROUTMAN SANDERS LLP are granted leave to withdraw as counsel for Metropolitan Life Insurance Company, The Bureau of National Affairs, Inc., and The Bureau of National Affairs, Inc. Long Term Disability Group Policy.

Entered: December _____, 2006

                                            United States District / Magistrate Judge

#310224v1