IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHERYL CRUMMETT, | : | |
| | : | |
| Plaintiff, | : | Case No.:  1:06-cv-1450 (HHK) |
| v. | : | |
| | : | |
| METROPOLITAN LIFE | : | |
| INSURANCE COMPANY, et al., | : | |
| | : | |
| Defendants. | : | |

**PRAECIPE REGARDING DISCOVERY ORDER**

Plaintiff Cheryl Crummett ("Plaintiff"), by and through her undersigned counsel, respectfully submits this Praecipe regarding the Court's December 19, 2006 Discovery Order in the above-captioned matter.  In support hereof, Plaintiff states as follows:

1.  Plaintiff initiated this action by filing her Complaint against Defendant Metropolitan Life Insurance Company, Defendant Bureau of National Affairs, Inc. and Defendant Bureau of National Affairs, Inc. Long Term Disability Plan (collectively, "Defendants") on August 17, 2006.  In her Complaint, Plaintiff asserted a claim for disability benefits under ERISA, as well as claims for breaches of fiduciary duty under ERISA.  *See* Docket Entry No. 1. Defendants timely filed their Answer on September 13, 2006.  *See* Docket Entry No. 3.

2.  The Court held an initial scheduling conference on October 27, 2006, at which the parties and the Court discussed whether, and to what extent, Plaintiff would be entitled to discovery beyond the "administrative record" in this ERISA action.  During this initial scheduling conference, the Court instructed Plaintiff to serve her written discovery upon Defendant and stated that, if the parties could not reach agreement as to

1

preliminary discovery disputes (namely, whether Defendants were required to respond to Plaintiff's discovery requests), the parties should submit the issue to the Court via motion practice.

3. In accordance with the Court's instructions, Plaintiff served her written discovery on Defendants in early December 2006 (after Defendants had retained new counsel in this matter).

4. The Court held a status conference in this matter on December 19, 2006, during which the parties and the Court once again addressed whether, and to what extent, Plaintiff would be entitled to discovery beyond the "administrative record" in this ERISA action. During this status conference, the Court expressed its desire for Defendants to submit a motion for protective order to the Court in the very near future. *See* Transcript of Proceedings of December 19, 2006. The Court, however, appeared to set a deadline of July 3, 2007 for Defendants to submit any motion for protective order to the Court. The Minute Entry for the proceedings held before the Court also listed July 3, 2007 as the relevant deadline.

5. Plaintiff assumed – based on conversations her counsel had with opposing counsel immediately after the December 19, 2006 scheduling conference, and given that the case has proceeded for almost five months with very little progress to date – that the July 3, 2007 deadline was set inadvertently, that the Court actually intended for any motions for protective order to be filed on or before January 3, 2007 (a period of approximately two weeks, rather than a period of almost seven months after the date of the December 19, 2006 status conference).

2

6. As of today's date, Defendants have not filed a motion for protective order. Nor have Defendants otherwise responded to Plaintiff's written requests for discovery beyond the administrative record.

7. In light of the above, and so as to move this case forward, Plaintiff respectfully requests that the Court correct what Plaintiff believes to be a scrivener's error (and/or simple misstatement) and reset the deadline for Defendants' threshold motion for protective order regarding discovery to February 3, 2007, or as soon thereafter as the Court may deem appropriate.

Dated: January 6, 2007                             Respectfully submitted,

*/s/ Jason H. Ehrenberg*
_____
Jason H. Ehrenberg (DC # 469077)
Bailey & Ehrenberg PLLC
1155 Connecticut Ave, N.W.
Suite 1100
Washington, D.C. 20036
T: 202.465.4729
F: 202.318.7071
jhe@becounsel.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of January 2007, a copy of the foregoing was served on the following via the District Court's ECF electronic filing system:

Ronda B. Esaw, Esq.
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102

*/s/ Jason H. Ehrenberg*
_____
Jason H. Ehrenberg (DC # 469077)