**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHERYL CRUMMETT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 1:06-cv-1450 (HHK)** |
| ) | |
| **METROPOLITAN LIFE** ) | |
| **INSURANCE COMPANY,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

## ORDER

UPON CONSIDERATION of Defendants' Motion for Judgment on the Pleadings as to Count II of the Complaint and for Protective Order as to Plaintiff's Discovery Requests, and Plaintiff's Response thereto, it is hereby

ORDERED that the Defendants' Motion be, and the same is hereby DENIED; and it is further

ORDERED that Defendants will respond to Plaintiff's discovery requests within thirty dates from the date of this Order.

_____
Hon. Henry H. Kennedy, Jr.

1