IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL CRUMMETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:06-cv-1450 (HHK) |
| | ) |
| METROPOLITAN LIFE INSURANCE | ) |
| COMPANY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO PRACTICE BY NON-MEMBER OF THE BAR OF THIS COURT AND FOR ADMISSION *PRO HAC VICE*

Pursuant to the United States District Court for the District of Columbia LCvR 83.2(d), Ronda B. Esaw and Halima Horton file this Motion to Practice by Non-Member of the Bar of this Court and for admission *pro hac vice*, as follows:

Halima Horton is an attorney with McGuireWoods LLP; 1170 Peachtree Street, N.E., Suite 2100; Atlanta, Georgia 30309, telephone number (404) 443-5715.

She is a member in good standing of the State Bars of Georgia and Tennessee, and has been admitted to practice before the United States Court of Appeals for the Eleventh Circuit, the United States District Courts for the Northern and Middle Districts of Georgia, the United States District Court for the Western District of Tennessee, and all Georgia and Tennessee state courts. She has not been disciplined by any bar.

Within the past two years, Halima Horton has not sought admission *pro hac vice* to this Court.

Halima Horton is joined by Ronda B. Esaw, a member in good standing of the Bar of this Court. Ms. Esaw's District of Columbia bar number is 494516.

Halima Horton and Ronda B. Esaw respectfully request that this Court admit Halima Horton *pro hac vice* to practice for all purposes related to the above-styled case.

        Respectfully submitted,

        METLIFE INSURANCE COMPANY, et al.

            /s/ Ronda Brown Esaw
Ronda Brown Esaw.
DC Bar No. 494516
McGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia  22102-4215
Telephone:  (703) 712-5000
Telecopier:  (703) 712-5050

Halima Horton
McGUIREWOODS LLP
1170 Peachtree Street, N.E.
Suite 2100
Atlanta, Georgia 30309
Telephone:  (404) 443-5715
Telecopier:  (404) 443-5765

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing has been served via the Court's electronic case filing system and first class mail, postage prepaid, on April 10, 2007, on the following:

>Jason H. Ehrenberg
>Bailey & Ehrenberg PLLC
>1155 Connecticut Avenue, N.W.
>Suite 1100
>Washington, D.C. 20036

                                    /s/ Ronda Brown Esaw
                                    Ronda Brown Esaw

\4525413.1