IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHERYL CRUMMETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06-cv-1450 (HHK) |
| | ) | |
| METROPOLITAN LIFE INSURANCE | ) | |
| COMPANY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF HALIMA HORTON
## PURSUANT TO LOCAL RULE 83.2(d)

COMES NOW Halima Horton who, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1.  My full name is Halima Horton.

2.  I am an attorney with McGuireWoods LLP, and my office is located at 1170 Peachtree Street, N.E., Suite 2100; Atlanta, Georgia 30309, telephone number (404) 443-5715.

3.  I am a member in good standing of the State Bars of Georgia and Tennessee, and am admitted to practice before the United States Court of Appeals for the Eleventh Circuit, the United States District Courts for the Northern and Middle Districts of Georgia, the United States District Court for the Western District of Tennessee, and all Georgia and Tennessee state courts.

4.  I have not been disciplined by any bar.

5.  Within the past two years, I have not sought admission *pro hac vice* to this Court.

6.  I do not engage in the practice of law from an office located in the District of Columbia. Furthermore, I am not a member of the District of Columbia Bar and do not have an application for membership pending.

AND FURTHER THE DECLARANT SAYETH NOT.

_____    _____4/9/07_____
Halima Horton                       Date

\4373201.1