# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHERYL CRUMMETT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:06-cv-1450 (HHK) |
| | ) |
| **METROPOLITAN LIFE INSURANCE** | ) |
| **COMPANY,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## PROPOSED ORDER

It appearing to the Court that Halima Horton, Counsel for Defendants, Metropolitan Life Insurance Company, Bureau of National Affairs, Inc. and Bureau of National Affairs, Inc. Long Term Disability Group Policy, sufficiently demonstrated that she is a practicing attorney in good standing with the State Bars of Georgia and Tennessee, and has been admitted to practice before the United States Court of Appeals for the Eleventh Circuit, the United States District Courts for the Northern and Middle Districts of Georgia, the United States District Court for the Western District of Tennessee, and all Georgia and Tennessee state courts, it is hereby

ORDERED that Halima Horton may appear in the United States District Court for the District of Columbia to act as counsel on behalf of the Defendants in the above styled action.

SO ORDERED this the _____ day of _____, 2007.

_____
United States District Court Judge

2

FURNISH COPIES TO:

Ronda B. Esaw
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, Virginia  22102
Telephone:  (703) 712-5000
Telecopier:  (703) 712-5050
Email:  resaw@mcguirewoods.com

Halima Horton
McGUIREWOODS LLP
1170 Peachtree Street, N.E.
Suite 2100
Atlanta, Georgia 30309
Telephone:  (404) 443-5715
Telecopier:  (404) 443-5765
Email: hhorton@mcguirewoods.com

Jason H. Ehrenberg
Bailey & Ehrenberg PLLC
1155 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Telephone:  (202) 465-4729
Telecopier: (202) 448-2943
Email: jhe@becounsel.com

\4525422.1