IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHERYL CRUMMETT,** )<br>)<br>   **Plaintiff,** )<br>)<br>   v. )<br>)<br>**METROPOLITAN LIFE INSURANCE** )<br>**COMPANY,** *et al.*, )<br>)<br>   **Defendant.** ) | Case No. 1:06-cv-1450-HHK |

**EMERGENCY JOINT MOTION FOR EXTENSION OF DEADLINE FOR DISPOSITIVE MOTIONS AND SUPPORTING MEMORANDUM OF LAW**

COME NOW Plaintiff Cheryl Crummett, Defendants Metropolitan Life Insurance Company, Bureau of National Affairs, Inc. and Bureau of National Affairs, Inc. Long Term Disability Group Policy, by and through counsel, and file this motion and respectfully request that the Court extend the deadline for the parties to file dispositive motions until 30 days after discovery has been completed or until 30 days after the Court rules that no additional discovery is warranted. In support of their motion, the parties assert as follows.

On December 19, 2006, the Court set the deadline for dispositive motions as July 3, 2007. On January 8, 2007, the Defendants filed a motion for protective order regarding Plaintiff's discovery requests. The Court has not yet ruled on Defendants' motion. Therefore, it is unclear whether the Court will allow discovery. The parties respectfully request that they be allowed to file dispositive motions after a ruling on discovery issues. Therefore, the parties respectfully request that the Court enter an order in the form of Exhibit 1 hereto and that the Court extend the deadline for dispositive

motions until 30 days after the new deadline for the close of discovery or until 30 days after the Court rules that no additional discovery is warranted.

Respectfully submitted this 27th day of June, 2007.

/s/ Jason H. Ehrenberg
Jason H. Ehrenberg, Esq.
Bailey & Ehrenberg PLLC
1155 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Telephone: (202) 465-4729
Facsimile: (202) 318-7071

Counsel for Plaintiff

/s/ Ronda Brown Esaw
Ronda Brown Esaw, Esq.
D.C. Bar No. 38268
McGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102-4215
Telephone: (703) 712-5000
Facsimile: (703) 712-5050

/s/ Halima Horton
Halima Horton, *pro hac vice*
McGUIREWOODS LLP
1170 Peachtree Street, NE
Suite 2100
Atlanta, GA 30309
Telephone: 404-443-5715
Facsimile: 404- 443-5765

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify I electronically filed an **Emergency Joint Motion for Extension of Deadline for Dispositive Motions and Supporting Memorandum of Law** with the Clerk of the Court using the CM/EFC system which will automatically send e-mail notification of such filing to the following attorney of record:

>Jason H. Ehrenberg
>Bailey & Ehrenberg PLLC
>1155 Connecticut Avenue, N.W.
>Suite 1100
>Washington, D.C. 20036

/s/ Ronda Brown Esaw_____
Ronda Brown Esaw, Esq.

\4633421.1