**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHERYL CRUMMETT,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | )  Case No. 1:06-cv-1450-HHK |
| | ) |
| **METROPOLITAN LIFE INSURANCE** | ) |
| **COMPANY,** *et al.*, | ) |
| | ) |
|     **Defendant.** | ) |

**ORDER**

Before the Court is the parties' joint motion for an extension of time to file dispositive motions. For good cause shown, the deadline for the parties to file dispositive motions is hereby EXTENDED through and including 30 days after such time that the Court rules that no additional discovery, or (if additional discovery is permitted) until 30 days after the new deadline for the close of discovery.

SO ORDERED this _____ day of _____, 2007.

_____
THE HONORABLE HENRY H. KENNEDY
United States District Judge

\4633409.1