IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHERYL CRUMMETT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 1:06-cv-1450 (HHK) |
| ) | |
| **METROPOLITAN LIFE** ) | |
| **INSURANCE COMPANY,** ) | |
| *et al.,* ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**
**[FED. R. CIV. P. 41(a)(1)(ii)]**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Cheryl Crummett and Defendants Metropolitan Life Insurance Company, The Bureau of National Affairs, Inc., and The Bureau of National Affairs, Inc. Long Term Disability Group Policy, hereby agree and stipulate that this action shall be dismissed with prejudice.

IT IS SO ORDERED.

Dated: October \_\_\_\_, 2007

_____
Hon. Henry H. Kennedy, Jr.
Judge of the United States District
Court for the District of Columbia

**IT IS STIPULATED AND AGREED.**

Dated: October 22, 2007


 //s// *Jason H. Ehrenberg*
Jason H. Ehrenberg, Esquire
BAILEY & EHRENBERG PLLC
1155 Connecticut Avenue, NW, Suite 1100
Washington, D.C. 20036
Telephone: (202) 465-4729
Facsimile: (202) 318-7071
E-mail: jhe@becounsel.com

*Counsel to Plaintiff*


 //s// *Ronda Brown Esaw*
Ronda Brown Esaw, Esq.
McGuire Woods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA 22102-4215
Telephone: (703) 712-5392
Facsimile: (703) 712-5251
E-mail: resaw@mcguirewoods.com

*Counsel to Defendants*

## **CERTIFICATE OF SERVICE**

I, Jason H. Ehrenberg, hereby certify that on this 22nd day of October 2007, I caused a true and correct copy of the foregoing to be served via the District Court's ECF electronic filing system upon the following:

>Ronda Brown Esaw, Esq.
>McGuire Woods LLP
>1750 Tysons Boulevard
>Suite 1800
>McLean, VA 22102-4215

>*//s// Jason H. Ehrenberg*
>_____
>Jason H. Ehrenberg