IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CHERYL CRUMMETT, )
)
      Plaintiff, )
)
v. ) Civil Action No. 1:06-cv-1450 (HHK)
)
METROPOLITAN LIFE )
INSURANCE COMPANY, )
*et al.*, )
)
      Defendants. )
_____ )

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**
**[FED. R. CIV. P. 41(a)(1)(ii)]**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Cheryl Crummett and Defendants Metropolitan Life Insurance Company, The Bureau of National Affairs, Inc., and The Bureau of National Affairs, Inc. Long Term Disability Group Policy, hereby agree and stipulate that this action shall be dismissed with prejudice.

IT IS SO ORDERED.

Dated: October 22, 2007

/s/ Henry H. Kennedy
Hon. Henry H. Kennedy, Jr.
Judge of the United States District
Court for the District of Columbia

1